Commonwealth *v.* Bowers, Appellant.

Argued May 4, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY and MANDERINO, JJ.

reargument refused April 9, 1974.

*Brian E. Appel,* with him *Bernard L. Segal, Louis M. Natali, Jr., Joanna K. Weinberg,* and *Segal, Appel & Natali,* for appellant.

*Philip J. O'Malley,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

*David Rudovsky* and *Kairys & Rudovsky,* for American Civil Liberties Union, amicus curiae.

OPINION PER CURIAM, November 26, 1973:
Appeal dismissed as improvidently granted.
Mr. Justice NIX took no part in the consideration or decision of this case.